IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO. 1:09-cr-00026-MP-AK

ROSE CONKLIN,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Oral Motion to Continue Trial, made by the government during a telephone conference on July 24, 2009. Ms. Conklin consented to the motion and thereby waived her speedy trial rights with respect to this continuance. The motion is granted, and the trial of Ms. Conklin is hereby reset to the trial term beginning September 8, 2009.

    **DONE AND ORDERED** this _31st_ day of July, 2009

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge