IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      CASE NO. 1:09-cr-00026-MP-AK

ROSE CONKLIN,

      Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Motion to Authorize Alternative Procedures by United States, as to Rose Conklin.  Upon consideration of the motion filed by the Government, pursuant to Title I of the Justice for All Act of 2004, 18 U.S.C. §3771,

The Court finds that (1) that the "multiple crime victims" provision set forth in 18 U.S.C. § 3771(d)(2) applies to the above-captioned case; (2) that due to the number of victims it is impractical for the Government and the Court to identify direct and proximate victims of the charged offenses, on an individual basis, without unduly complicating or prolonging the proceedings; (3) the basis of notification set forth in the Government's motion constitutes a "reasonable procedure" for giving effect to the provisions of 18 U.S.C. § 3771.

**IT IS HEREBY ORDERED THAT:**

The Government is authorized to comply with the provisions of 18 U.S.C. § 3771(a)(2) in the above-captioned case by providing notice of upcoming court proceedings by publication in

the local Bronson FL newspaper, by letter from the United States Postal Service to residents of

Bronson, Florida, or by a website developed by the Department of Justice.

      **DONE AND ORDERED** this _4th_ day of August, 2009

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge